UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KNOX ASSOCIATES, INC.<br>d/b/a THE KNOX COMPANY,<br>a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENCY ACCESS SYSTEMS, INC.,<br>a Rhode Island corporation,<br><br>Defendant. | : | C.A. NO. 01-415T |

**AMENDED NOTICE OF TAKING DEPOSITION**

PLEASE TAKE NOTICE that Plaintiff, through counsel, will take the deposition of **Daniel DeSousa** pursuant to R.I. Super. Ct. R. Civ. P. 30 on **Wednesday, September 7, 2005 at 10:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at the offices of **Duffy Sweeney & Scott, Ltd., One Turks Head Place, 76 Westminster Street, Providence, Rhode Island 02903**. The deponent is requested to produce the documents listed on Exhibit A attached hereto. The deposition will continue from day to day until completed, unless counsel for the parties agrees otherwise.

KNOX ASSOCIATES, INC., d/b/a
THE KNOX COMPANY

Robert M. Duffy, Esq. (#4428)
Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)

Dated: August 10 2005

**CERTIFICATION**

TO:

Reporting Associates
10 Dorrance Street
Providence, RI 02903

I hereby certify that I caused a true copy of the within Notice of Deposition to be sent via regular mail to the above-named counsel of record on the 12 day of August 2005.

______________________________

*H:\CLIENTS\Knox\EAS\Pleadings\Federal Court\Depo Notice DeSousa 08-04-055*

**Exhibit A**

**As used herein "EAS" refers to Emergency Access Systems, Inc., its officers, directors, shareholders, representatives, employees or agents.**

1. **All documents reflecting or relating to correspondence with EAS.**

2. **All documents relating to work performed for EAS.**

3. **All documents relating to The Knox Company or the website maintained by The Knox Company.**