DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW LITIGATION

*Stacey P. Nakasian*
*snakasian@duffysweeney.com*

October 27, 2005

The Honorable William E. Smith
United States District Court
For the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: Knox Associates, Inc. v. Emergency Access Systems, Inc.
C.A. No. 01-415S; and

Knox Associates, Inc. v. Emergency Access Systems, Inc.
C.A. No. 05-053

Dear Judge Smith:

Please be advised that the parties have resolved the issues pending in the above-referenced actions. Enclosed please find a Joint Motion for Entry of Injunction and Judgment that has been filed in the 05-053 action listed above. In addition, Knox hereby withdraws the Contempt Motion pending in the 01-415 action.

Respectfully,

Stacey P. Nakasian

SPN/eh
cc: Charles S. Beal, Esq. *(via Facsimile)*
Robert M. Duffy, Esq.

*Knox\EAS\Letters\Judge Smith SPN 10-27-05*